ANTONIO IAFOLLA et al., Appellants, *v.* M. BERARDINI STATE BANK et al., Respondents.

(Argued March 12, 1935; decided April 16, 1935.)

*Andrew S. Fraser* and *Harry M. Alfert* for appellants.

*John A. Mullen* and *Benjamin Levin* for respondents.

Judgment affirmed, with costs; no opinion. (See 267 N. Y. 589.)

Concur: LEHMAN, O'BRIEN, HUBBS and LOUGHRAN, JJ. Dissenting: CRANE, Ch. J., and CROUCH, J. Not sitting: FINCH, J.